**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. EDCV 10-00684-CJC(OPx)                                              Date: May 20, 2010

Title: FEDERAL HOME LOAN MORTGAGE CORP. V. TERESA ANDRADE ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO STATE COURT**

Plaintiff Federal Home Loan Mortgage Corporation ("Federal Home Loan") filed this unlawful detainer action in San Bernardino County Superior Court against Defendants Teresa Andrade, Amber Sanchez, Jaime Torres and Alicia Funes (collectively "Defendants"). Defendants removed the action to this Court.

A federal court has subject matter jurisdiction over a case that either raises a question under federal law or is between diverse parties and involves an amount in controversy of over $75,000. 28 U.S.C. §§ 1331, 1332. A district court must remand a case to state court if it appears at any time before final judgment that the court lacks subject matter jurisdiction. 28 U.S.C. §1447(c). This case appears to be a straightforward action for unlawful detainer, a state-law claim. The Court therefore orders Defendants to show cause as to why this case should not be remanded for lack of subject matter jurisdiction. Defendants shall file a response to the Court's order to show cause by June 14, 2010. Federal Home Loan will then have until June 28, 2010, to file its reply. Upon the filing of Federal Home Loan's reply, the matter will stand submitted.

imd

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk MU